UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR238-MU |
| | ) | |
| | ) | **ORDER TO PARTIALLY UNSEAL** |
| v. | ) | **REDACTED DOCUMENTS** |
| | ) | |
| | ) | |
| GREGORY D. SMITH | ) | |
| | ) | |

This matter is before the Court upon motion of the United States to partially unseal certain pleadings associated with the above-captioned case to provide victims the opportunity to review relevant portions of these documents and provide comment should they choose to do so.

Upon consideration of the Government's Motion and for good cause shown, this Court orders the unsealing of the Government's Motion, the partial unsealing of the Government's Restitution Memorandum, and the partial unsealing of the Defense Response to that Memorandum in the above-captioned case. The enclosed redacted copies of the Government's Restitution Memorandum and Defendant's Response attached at Exhibits A and B will serve as the unsealed version of these documents for the limited purpose of disclosure to Entrust Mortgage for review and comment only. The redacted copies of the Government's Restitution Memorandum and Defendant's Response attached at Exhibits C and D will serve as the unsealed version of these documents for the limited purpose of disclosure to James F. Hicks Jr. for review and comment only. This Order does not permit any further dissemination of these documents to any individuals beyond those identified in this Order, to wit: Mr. James F. Hicks Jr. and representatives of Entrust Mortgage. These identified parties will not

further disseminate the unsealed documents. The redacted information will remain under seal.

Signed: May 18, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge